IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GEOFFREY CROWTHER | : | |
| | : | |
| Plaintiff | : | Civil Action No. 1:09-cv-11467 |
| | : | |
| v. | : | |
| | : | |
| CSX TRANSPORTATION, INC. | : | |
| | : | |
| Defendant | : | |

## STIPULATION TO TRANSFER TO SPRINGFIELD DIVISION

It is hereby agreed and stipulated by the Plaintiff, Geoffrey Crowther, and the Defendant, CSX Transportation, Inc., by and through their respective legal counsel, that the above matter be transferred to the Springfield Division of the United States District Court for the District of Massachusetts.

| | |
|---|---|
| LAW OFFICE OF THOMAS J. JOYCE, III | FLYNN & WIRKUS, P.C. |
| | |
| By <u>/s/Thomas J. Joyce, III</u> | By <u>/s/Lori A. Wirkus</u> |
| Thomas J. Joyce, III, Esquire | Lori A. Wirkus, Esquire |
| 900 Centerton Road | 400 Crown Colony Drive, Suite 200 |
| Mount Laurel, NJ 08054 | Quincy, MA 02169 |
| (856) 914-0220 | (617) 773-5500 |
| Attorney for Plaintiff | Attorney for Defendant |

DATED: November 10, 2009